UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SHAWN JUAREZ CAMPOS a/k/a ASCENCION JUAREZ CAMPOS )<br><br>Plaintiff, )<br><br>vs. )<br><br>MTD PRODUCTS, INC. d/b/a Cub Cadet, a Delaware Corporation, )<br><br>Defendant. ) | Civil No.: 2:07 CV 00029<br><br>Judge Trauger<br><br>Magistrate Judge Griffin |

**Order**

_____

The Court having reviewed the Motion of the Plaintiff to also have the name of Ascension Juarez added to those by which he has been known, hereby GRANTS Plaintiff's Motion and any consequences of this litigation inuring to Ascension Campos and Shawn Campos shall also inure to Shawn Juarez as they are one in the same person.

_____
JUDGE ALETA TRAUGER
United States District Judge