IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHAWN JUAREZ CAMPOS a/k/a ASCENCION JUAREZ CAMPOS )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MTD PRODUCTS, INC. )<br>d/b/a Cub Cadet, a Delaware Corporation, )<br>)<br>Defendant. )<br>) | Case No. 2:07-0029<br>Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion for Summary Judgment on Grounds of Unforeseeable Product Alteration (Docket No. 58) is **DENIED**; the defendant's Motion to Exclude the Proposed Opinion Testimony of Stuart Statler (Docket No. 56) is **GRANTED**; the plaintiff's Motion in Limine to Exclude Mention of Alcohol (Docket No. 51) is **GRANTED IN PART** and **DENIED IN PART;** and the plaintiff's Motion to Strike (Docket No. 96) is **DENIED** as moot.

It is so ordered.

Enter this 19th day of February 2009.

ALETA A. TRAUGER
United States District Judge